In the Matter of CHARLES J. COHEN, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted March 1, 1949; decided April 14, 1949.

*Joseph B. Margolin* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and BROMLEY, JJ. FULD, J., dissents upon the ground that the dental mechanic Gehlberd in constructing and in fitting dentures for petitioner's patients, did not engage in the practice of dentistry since his every act vis-a-vis those patients was performed in the presence of petitioner and under his direct supervision and control.